# Exhibit A

IN THE COURT OF COMMON PLEAS IN AND FOR

THE COUNTY OF MONTGOMERY, PENNSYLVANIA

FAMILY COURT DIVISION

- - -

| | | |
|---|---|---|
| EMILY BEIL DUFFY | : | No. 2018-19943 |
| vs. | : | |
| JOSHUA TERRENCE DUFFY | : | |

- - -

EQUITABLE DISTRIBUTION AGREEMENT

- - -

Three Penn Court
Swede Street
Norristown, Pennsylvania

- - -

Monday, July 29, 2019
Commencing at 11:40 a.m.

- - -

Susan M. Laucella
Official Court Reporter
Montgomery County Courthouse
Norristown, Pennsylvania

- - -

BEFORE:  GORDON M. MAIR, ESQUIRE, MASTER

- - -

COUNSEL APPEARED AS FOLLOWS:

JENNIFER RILEY, ESQUIRE
for the Plaintiff

MELISSA BOYD, ESQUIRE
for the Defendant

- - -

```
1                        Duffy vs. Duffy                        3
2    the purchase money lien thereon.  Upon said
3    conveyance, Emily Duffy shall be responsible for
4    payment of said purchase money lien and shall
5    indemnify and hold Joshua Duffy harmless therefrom and
6    shall also make a good faith effort to cause Joshua
7    Duffy to be released as an obligor thereon.
8                   Should Emily Duffy be in default of any
9    payment due under said purchase money lien in excess
10   of five days from the due date, then the parties
11   acknowledge that Joshua Duffy shall have the right to
12   file a petition for contempt with the Court.
13                  3.  Joshua Duffy shall be responsible
14   for payment of all student loan debt titled in his
15   name, whether cosigned by Emily Duffy or not, and
16   shall indemnify and hold Emily Duffy harmless
17   therefrom.
18                  Should Joshua Duffy be in default of
19   any such student loan debt payment in excess of five
20   days from the due date, the parties acknowledge that
21   Emily Duffy shall have the right to file a petition
22   for contempt with the Court.
23                  4.  Joshua Duffy shall be responsible
24   for payment of any tax debt arising from the parties'
25   joint 2015 tax return, and shall indemnify and hold
```